476 A.2d 70

Commonwealth v. Buzzey, Appellant.

Submitted November 4, 1983. Gilbert E. Toll, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.